# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CHRISTOPHER VASHUN DANDRIDGE**                    **PETITIONER**

**v.**                                    **No. 2:07-cr-129-MPM**

**USA**                                          **RESPONDENT**

## MEMORANDUM OPINION

This matter comes before the court on the *pro se* motion of Christopher Vashun Dandridge to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF doc. 27. Dandridge has since filed an unopposed motion to voluntarily dismiss his § 2255 motion because "[b]ased on Fifth Circuit and Supreme Court precedent, defense counsel believes it is in Mr. Dandridge's best interest to voluntarily withdraw his motion…." ECF docs. 30,31. After due consideration, the motion to dismiss will be granted and the § 2255 motion dismissed without prejudice. A final judgment consistent with this memorandum opinion will issue today.

**SO ORDERED,** this the 11th day of April, 2018.

**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**